UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff          )     1:05-CR-00234 OWW
                               )
     v.                        )
                               )
MICHAEL A. BENSON,             )
                               )
            Defendant          )     ORDER DISMISSING APPEAL
_____)
```

This matter was an appeal from a decision issued by the magistrate judge. On July 8, 2005, a briefing schedule was issued and the transcripts were prepared and filed.

Appointed counsel was advised by his client that he did not wish to pursue the appeal and counsel has now informed the court that he has been unable to contact his client and believes it is in the best interest that this matter be dismissed.

It is therefore ordered that this appeal be dismissed for lack of prosecution.

IT IS SO ORDERED.

**Dated:   September 16, 2006**            **/s/ Oliver W. Wanger**
emm0d6                                      UNITED STATES DISTRICT JUDGE

1